IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DELPHINE BOONE,<br><br>          Plaintiff,<br>v.<br><br>DOLGENCORP, INC., et al.<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO: 4:09-CV-00052-FL |
| THOMAS BOOS,<br><br>          Plaintiff,<br>v.<br><br>DOLGENCORP, INC., et al.<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO: 4:09-CV-00053-FL |
| PEGGY VAN OSTRAN,<br><br>          Plaintiff,<br>v.<br><br>DOLGENCORP, INC., et al<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO: 4:09-CV-00060-FL |
| TASHA WHITFIELD,<br><br>          Plaintiff,<br>v.<br><br>DOLGENCORP, INC., et al.<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO: 4:09-CV-00061-FL |

| | | |
|---|---|---|
| DAWN DIMASCIO,<br><br>        Plaintiff,<br>v.<br><br>DOLGENCORP, INC., et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO: 5:09-CV-00134-FL |
| BRENDA DIXON,<br><br>        Plaintiff,<br>v.<br><br>DOLGENCORP, INC., et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO: 5:09-CV-00135-FL |
| SHARON GOODWIN,<br><br>        Plaintiff,<br>v.<br><br>DOLGENCORP, INC., et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO: 5:09-CV-00137-FL |
| NAOMI GRABOWSKI,<br><br>        Plaintiff,<br>v.<br><br>DOLGENCORP, INC., et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO: 5:09-CV-00138-FL |

| | | |
|---|---|---|
| CARMEN ORTIZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | NO: 5:09-CV-00140-FL |
| DOLGENCORP, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| BERNIS HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | NO: 7:09-CV-47-FL |
| DOLGENCORP, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

This matter is before the court on the Memorandum and Recommendation ("M&R") of Magistrate Judge James E. Gates, entered August 23, 2011, on the parties' joint motion to approve settlements in the above-captioned cases. Judge Gates set the deadline for filing of any objections to the M&R as August 29, 2011, and no party has filed objections. Accordingly, the court adopts the M&R as its own, and for the reasons stated therein, the motion is ALLOWED and the settlements are hereby APPROVED.

SO ORDERED, this the 2nd day of September, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge

3